The Honorable Brian A. Tsuchida

_____ FILED _____ LODGED
_____ RECEIVED
May 14, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br><br>ABIDEMI RUFAI<br>a/k/a Sandy Tang,<br><br>Defendant. | CASE NO. MJ-5101<br><br>**ORDER UNSEALING AMENDED COMPLAINT** |

On May 14, 2021, the Honorable David W. Christel authorized an Amended Complaint, which the Clerk filed under seal. The government has advised the Court that the defendant has now been arrested in the Eastern District of New York. The seal is therefore ordered lifted, and the Amended Complaint shall be unsealed. The Amended Complaint may be filed on the public docket in the U.S. District Court for the Eastern District of New York.

SO ORDERED this 14th day of May, 2021

_____
THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970