**From:** L          F
**Sent:** Friday, May 21, 2021 11:27 AM
**To:**
**Cc:**
**Subject:** Re: doyou have name of suretor and address thanks

No, I was just going to ask you for the information. The surety wasn't interviewed by Pretrial.

        , do you have the new surety's information? Thanks.


Sr. U.S. Pretrial Services Officer
Drug Treatment Specialist
Eastern District of New York
718-613-